PS-8
8/88

# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

**U.S.A. vs. Jesse Ray Faulkner**                         **Docket No. 5:12-CR-359-1D**

**Petition for Action on Conditions of Pretrial Release** - ADJUDICATED

COMES NOW Matthew Smith, probation officer of the court, presenting an official report upon the conduct of defendant, Jesse Ray Faulkner, who was placed under pretrial release supervision by the Honorable James C. Dever III, Chief U.S. District Judge, sitting in the Court at Raleigh, North Carolina, on the 10th day of December, 2012, under the following conditions:

- Report to the probation office or supervising officer as directed.

- Surrender any passport to the United States Probation Office.

- Abide by the following restrictions on personal association, place of abode, or travel: North Carolina & Kentucky (unless otherwise pre-approved by probation)

- Refrain from possessing a firearm, destructive device, or other dangerous weapons.

- Refrain from any use of alcohol.

- Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

- Submit to any testing required by the pretrial services office or the supervising officer to determine whether the defendant is using a prohibited substance. Any testing may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which are required as a condition of release.

- Participate in a program of inpatient or outpatient substance abuse therapy and counseling if the pretrial services office or supervising officer considers it advisable.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On February 2, 2013, the defendant was arrested by the Lebanon Police Department in Kentucky for Driving While Impaired and Reckless Driving. This is the second Driving While Impaired arrest within the past 90 days for the defendant. The defendant has failed refrain from any alcohol use as directed and this pattern of alcohol use places the community in danger.

Faulkner, Jessie Ray
Docket No. 5:12-CR-359-1D
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that a summons be issued for the defendant and that a bond hearing be scheduled to determine if the defendant's bond should be revoked.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert K. Britt | /s/Matthew Smith |
| Robert K. Britt | Matthew Smith |
| Senior U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: (910) 483-8613 |
| | Executed On: February 12, 2013 |

### ORDER OF COURT

Considered and ordered this **14** day of **February**, 2013, and ordered filed and made a part of the records in the above case.

James C. Dever III
Chief U.S. District Judge