IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CR-359-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JESSE RAY FAULKNER, | ) | |
| | ) | |
| Defendant. | ) | |

The United States shall file a response to the motion to intervene of Yvonne C. Moore [D.E. 72]. The government's response is due not later than January 9, 2015.

SO ORDERED. This **22** day of December 2014.

JAMES C. DEVER III
Chief United States District Judge