IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO.: 5:12-CR-359-1D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | WITHDRAWAL OF |
| JESSE RAY FAULKNER, | ) | WRIT OF EXECUTION |
| | ) | |
| Defendant. | ) | |
| | ) | |

On September 3, 2014, a Writ of Execution was issued in this case, based on an Application for Writ of Execution filed by the United States of America. The United States of America has now withdrawn its Application for Writ of Execution and requested that the Writ of Execution be withdrawn. The Order (D.E. 81) entered in this matter setting a hearing as to the Motion to Intervene (D.E. 72) is no longer needed as settlement has been reached by the parties. The Application for Writ of Execution filed in this matter is hereby withdrawn and is of no further legal consequence.

This 18th day of February, 2015.

JULIE RICHARDS JOHNSTON
Clerk of Court