UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Jesse Ray Faulkner                       Docket No. 5:12-CR-359-1D

**Petition for Action on Supervised Release**

COMES NOW Maurice J. Foy, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Jesse Ray Faulkner, who, upon an earlier plea of guilty to Conspiracy to Make False Statements, to Make Material False Statements, to Commit Mail Fraud and Wire Fraud, and to Structure Transactions, and Conspiracy to Commit Money Laundering, 18 U.S.C. §§ 371 and 1956(h), was sentenced by the Honorable James C. Dever III, Chief U.S. District Judge on March 21, 2013, to the custody of the Bureau of Prisons for a term of 66 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Jesse Ray Faulkner is currently in the custody of the Bureau of Prisons in Edgefield, South Carolina.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Mr. Faulkner is scheduled to be released from the Bureau of Prisons on December 14, 2016, and has requested to relocate the Middle District of North Carolina. Due to his significant history of alcohol abuse, depression, and anxiety, the probation office in the Middle District of North Carolina is requesting that a mental health and abstinence from alcohol condition be added. Since he will also be releasing from prison without a source of legitimate income, they have also recommended that his payment schedule be adjusted to monthly installments of $100. The probation office additionally requests that Mr. Faulkner notify the probation officer of any material changes in his economic circumstances that may affect his ability to pay restitution so that his payment schedule can be adjusted accordingly. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall cooperatively participated in a mental health treatment program, which may include inpatient/residential treatment, and pay for treatment services, as directed by the probation officer.

2. In the event the entire amount of criminal monetary penalties imposed is not paid prior to the commencement of the term of supervised release, the defendant shall make payments in equal, monthly installments of $100 to begin 90 days after the commencement of the term of supervised release and continuing during the entire term of supervised release or until paid in full.

3. The defendant shall notify the probation officer of any material change in their economic circumstances that may affect their ability to pay restitution, a fine, or the special assessment.

4. The defendant shall abstain from the use of alcohol during the term of supervised release.

Jesse Ray Faulkner
Docket No. 5:12-CR-359-1D
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/Michael C. Brittain
Michael C. Brittain
Senior U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/Maurice J. Foy
Maurice J. Foy
Sr. U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8678
Executed On: March 18, 2016

### ORDER OF THE COURT

Considered and ordered this **24** day of **March**, 2016 and ordered filed and made a part of the records in the above case.

James C. Dever III
Chief U.S. District Judge